IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. PEGGY RYAN, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 05-3450 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. MAX H. WEATHERSBY, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 10-2039 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. GURSHEEL S. DHILLON, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 11-7767 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : : | |

**O R D E R**

**AND NOW,** this    25th    day of August, 2014, upon consideration of Relator Gursheel S. Dhillon's ("Dhillon"), pro se "Motion to Set Aside the Courts [sic] Decision and Motion for a New Trial Oral Arguement [sic] Requested" (Doc. No. 31), the separate Responses

in Opposition filed by Relator Peggy Ryan and Relator Max Weathersby, and the Reply of Dhillon thereto, it is hereby **ORDERED** that Dhillon's Motion is **DENIED**.

BY  THE  COURT:

/s/ Robert F. Kelly
ROBERT  F.  KELLY
SENIOR  JUDGE