# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. PEGGY RYAN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 05-3450 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. MAX H. WEATHERSBY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 10-2039 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. GURSHEEL S. DHILLON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 11-7767 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 1st day of October, 2014, upon consideration of Relator Gursheel S. Dhillon's ("Dhillon"), pro se "Motion to Set Aside Courts [sic] Decision and for Reconsideration of Appealate [sic] Bond by Three Judge Panel" (Doc. No. 60), and the Response

in Opposition filed by Relator Peggy Ryan, it is hereby **ORDERED** that Dhillon's Motion is **DENIED**.

                                                BY THE COURT:

                                                <u>/s/ Robert F. Kelly</u>
                                                ROBERT  F. KELLY
                                                SENIOR  JUDGE