# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. PEGGY RYAN, | : : : | CIVIL ACTION |
| Plaintiff, v. | : : : : | No. 05-3450 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : | |
| UNITED STATES OF AMERICA, et al., ex rel. MAX H. WEATHERSBY, | : : : | CIVIL ACTION |
| Plaintiff, v. | : : : : | No. 10-2039 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : | |
| UNITED STATES OF AMERICA, et al., ex rel. GURSHEEL S. DHILLON, | : : : | CIVIL ACTION |
| Plaintiff, v. | : : : : | No. 11-7767 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 15th day of July, 2015, upon consideration of Relator Peggy Ryan's ("Ryan"), "Motion for Relator's Share Award" (Doc. No. 72), the Response in Opposition filed by the United States of America, and Ryan's Reply thereto, it is hereby **ORDERED** that:

1. the Stay (Doc. No. 82) enacted by order of this Court on March 27, 2014, is lifted;

2. Ryan's Motion for a Relator's Share Award is **GRANTED** for which she shall receive a relator's share award of 24%; and,

3. that the Clerk of Court shall close Civil Action Nos. 05-3450, 10-2039 and 11-7767 for statistical purposes.

                      BY THE COURT:

                      /s/ Robert F. Kelly
                      ROBERT F. KELLY
                      SENIOR JUDGE